## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:  DANIEL M. WINSLOW and | Case No. 10-41670-SBB |
| ROXANNA L. WINSLOW | Chapter 13 |
| Debtor(s). | |

### NOTICE OF WITHDRAWAL AS ATTORNEY

Kevin D. Heupel, counsel of record in this proceeding for the Debtor(s), hereby gives notice of his withdrawal from this matter and advises the Court, Debtor(s), and interested parties as follows:

1. The undersigned is the counsel of record for the Debtor(s).

2. Pursuant to an Order of the Colorado Supreme Court Presiding Disciplinary Judge dated January 14, 2016, the undersigned counsel is being suspended from the practice of law for a period of one year and one day effective on February 28, 2016.

3. Notice is hereby given that Kevin D. Heupel will no longer serve as counsel of record in this proceeding after February 28, 2016, and Debtor(s) are advised of the following:

   a. This Court continues to retain jurisdiction over the subject matter of this case, including the Debtor(s).

   b. The Debtor(s) last known address is as listed in this proceeding.

   c. You, the Debtor(s), have the burden of keeping the court informed of the mailing address where notices, pleadings or other papers may be served.

   d. You, the Debtor(s), are the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial.

   e. You, the Debtor(s), are responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.

   f. If another attorney is not hired, you, the Debtor(s), have the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any court orders requiring you to respond.

   g. If the you, the Debtor(s), fail or refuse to meet these burdens, you may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the your bankruptcy case in some

    circumstances;

 h. The dates of any pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings will not be delayed or affected by the withdrawal of counsel.

 i. Service of process may be made upon you at your address in the court's database.

 j. You, the Debtor(s), have the right to hire another attorney.

Respectfully submitted this 23rd day of February, 2016.

                Kevin D. Heupel, 30264

                Heupel Law, P.C.
                4785 Tejon Street, Suite 300
                Denver, CO 80211
                Telephone: (303) 955-7570
                FAX: (866) 397-4768
                Email: Info@HeupelLaw.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the pleading was served by placing the same in the United States Mail, first class postage pre-paid, on the above-referenced date to the following:

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St. #120
Denver, CO 80237

ROXANNA & DANIEL WINSLOW
4369 South Halifax St.
Centennial, CO 80015

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

                */s/ Angelica Ortiz*